**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Pennsylvania

Case number (if known): _____  Chapter **7**

☐ Check if this an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. Debtor's name: **Fitzpatrick Container Company**

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)    ☒ Unknown

   EIN: _____

5. Debtor's address

   **Principal place of business**

   6923 Schantz Road
   Number    Street

   Allentown PA 18106-0000
   City    State    Zip Code

   Lehigh
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City    State    Zip Code

   Location of principal assets, if different from principal place of business

   Number    Street

   City    State    Zip Code

6. Debtor's website (URL): _____

7. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Fitzpatrick Container Company**     Case number (if known) _____

- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the types of business listed.
- ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ■ No
   ☐ Yes. Debtor _____  Relationship _____
   District _____  Date filed ___/___/_____  Case number, if known _____

   Debtor _____  Relationship _____
   District _____  Date filed ___/___/_____  Case number, if known _____

## Part 3: Report About the Case

10. **Venue** Check one:

    ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    ■ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| GP Corrugated, LLC | sale of goods on credit | $1451399.3 |
| Kampack, Inc. | sale of goods on credit | $197712.72 |
| WestRock CP, LLC | sale of goods on credit | $1503293.99 |
| WestRock Southern Container, LLC | sale of goods on credit | $23190.82 |
| | Total of petitioners' claims | $3175596.83 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

Debtor **Fitzpatrick Container Company**   Case number (if known) _____

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
GP Corrugated, LLC
Name

133 Peachtree Street, NE
Number  Street

Atlanta GA 30303-0000
City   State   Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City   State   Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   **October 19, 2020**
MM / DD / YYYY

/s/ Mark E. Wilgus, Regional Controller
Signature of petitioner or representative, including representative's title

**David B. Smith**
Printed name

**Smith Kane Holman, LLC**
Firm name, if any
112 Moores Road
Suite 300
Number  Street
**Malvern PA 19355-0000**
City   State   Zip Code
Contact phone  **610-407-7215**   Email  **dsmith@skhlaw.com**

Bar number   **59098**

State   **PA**

/s/ David B. Smith
Signature of attorney

Date signed   **October 19, 2020**
MM / DD / YYYY

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
Kampack, Inc.
Name

100 Frontage Road
Number  Street

Newark NJ 07114-0000
City   State   Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City   State   Zip Code

**David B. Smith**
Printed name

**Smith Kane Holman, LLC**
Firm name, if any
112 Moores Road
Suite 300
Number  Street
**Malvern PA 19355-0000**
City   State   Zip Code
Contact phone  **610-407-7215**   Email  **dsmith@skhlaw.com**

Bar number   **59098**

State   **PA**

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

| Debtor | Fitzpatrick Container Company | Case number (if known) | |
|---|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    October 19, 2020
MM / DD / YYYY

/s/ Jenieve Quash, Corporate Controller
Signature of petitioner or representative, including representative's title

/s/ David B. Smith
Signature of attorney
Date signed    October 19, 2020
MM / DD / YYYY

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**WestRock CP, LLC**
Name

**1000 Abernathy Road NE**
Number    Street

**Atlanta GA 30328-0000**
City    State    Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City    State    Zip Code

### Attorneys

**David B. Smith**
Printed name

**Smith Kane Holman, LLC**
Firm name, if any

**112 Moores Road**
**Suite 300**
Number    Street

**Malvern PA 19355-0000**
City    State    Zip Code

Contact phone    610-407-7215    Email    dsmith@skhlaw.com

Bar number    **59098**

State    **PA**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    October 19, 2020
MM / DD / YYYY

/s/ Brian Newton, Senior Credit Manager
Signature of petitioner or representative, including representative's title

/s/ David B. Smith
Signature of attorney
Date signed    October 19, 2020
MM / DD / YYYY

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**WestRock Southern Container, LLC**
Name

**1000 Abernathy Road NE**
Number    Street

**Atlanta GA 30328-0000**
City    State    Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City    State    Zip Code

### Attorneys

**David B. Smith**
Printed name

**Smith Kane Holman, LLC**
Firm name, if any

**112 Moores Road**
**Suite 300**
Number    Street

**Malvern PA 19355-0000**
City    State    Zip Code

Contact phone    610-407-7215    Email    dsmith@skhlaw.com

Bar number    **59098**

State    **PA**

| Debtor | Fitzpatrick Container Company | Case number (if known) | |
|---|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 19, 2020**
                    MM / DD / YYYY

**/s/ David B. Smith**
Signature of attorney

Date signed    **October 19, 2020**
                        MM / DD / YYYY

**/s/ Brian Newton, Senior Credit Manager**
Signature of petitioner or representative, including representative's title