**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| Fitzpatrick Container Company | ) Involuntary Chapter 7 |
| | ) |
| Debtor, | ) Case No. 20-14139 (PMM) |
| | ) |

### CERTIFICATE OF SERVICE

I, David B. Smith, Esquire, do hereby certify that on October 20, 2020, I caused a true and correct copy of the Involuntary Petition (*Dkt. No. 1*) and Summons to Debtor In Involuntary Case (*Dkt. No. 3*) to be served upon Fitzpatrick Container Company by personally serving Thomas J. Shallow, an officer of Fitzpatrick Container Company, as per the attached Certification of Service pursuant to Bankruptcy Rule 7004(a)(1) and Federal Rule of Civil Procedure 4(h).

*/s/David B. Smith*
David B. Smith, Esquire

Bankruptcy No. 20-14139

CERTIFICATION OF SERVICE

I, _JOHN HUNT_, of** _BLUE STREAK COURIER_
_____, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the _20th_ day of _OCTOBER_, ~~2009~~ _2020_, I served a copy of the within summons, together with the petition filed in this case, on _THOMAS J SHALLOW_

the debtor in this case, by [describe here the mode of service] _HAND DELIVERY_

the said debtor at _115 BIRCH AVE_
_BALA CYNWYD, PA 19004_

I certify under penalty of perjury that the foregoing is true and correct.
Executed on _10/20/2020_                    _[signature]_
             Date                                Signature

**State mailing address