**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Fitzpatrick Container Co., | : | Involuntary Chapter 7 |
| | : | |
| Debtor | : | Bky. No. 20-14139 (PMM) |

# O R D E R   F O R   R E L I E F

    **AND NOW**, **WHEREAS**:

A. An involuntary petition was filed against the above-named Debtor on October 19, 2020,

B. The Clerk issued a summons pursuant to Fed. R. Bankr. P. 1010 on November 23, 2020,[1]

C. The summons provided that any response to the petition be filed with 21 days after service of the summons;

D. The Petitioner(s) have certified that service of the petition and summons was effected in accordance with Fed. R. Bankr. P. 1010 and 7004 on December 1, 2020,

E. The petition has **NOT** been timely controverted, see 11 U.S.C. §303(h),

    **THEREFORE,** pursuant to 11 U.S.C. §303(h) an **ORDER FOR RELIEF** is **ENTERED** under chapter 7 of the Bankruptcy Code.

*/s/ Patricia M. Mayer/*

**Date:** **December 23, 2020**

    **PATRICIA M. MAYER**
    **U.S. BANKRUPTCY JUDGE**

---

[1] The summons was previously issued on both October 20, 2020 and November 12, 2020. The summons was reissued due to a Praecipe filed on November 19, 2020.