# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| FITZPATRICK CONTAINER COMPANY, | : | Case No. 20-14139 (PMM) |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATES

GP Corrugated LLC, Kampack, Inc. and WestRock CP, LLC and Westrock Southern Container, LLC, the Petitioning Creditors (the "Petitioning Creditors"), have filed a Motion for an Order Authorizing the Examination of and Production of Documents from Thomas J. Shallow, Jr. Pursuant to Federal Bankruptcy Rule 2004 and Local Rule 2004-1 (the "Motion"), with the Court.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before *October 8, 2021* **you or your attorney must** file a response to the Motion. (See Filing Instructions on next page).

3. **A hearing on the Motion** is scheduled to be held on **October 26, 2021 at 11:00 a.m. before the Honorable Patricia M. Mayer in United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

## Filing Instructions

7. **If you are required to file documents electronically by Local Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at:

> Clerk, United States Bankruptcy Court
> 201 Penn Street, Suite 103
> Reading, PA 19601

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movants' attorney:

> Robert M. Greenbaum, Esquire
> SMITH KANE HOLMAN, LLC
> 112 Moores Road, Suite 300
> Malvern, PA 19355
> (610) 407-7216 Phone
> (610) 407-7218 Fax
> rgreenbaum@skhlaw.com

Dated:  September 24, 2021