IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Fitzpatrick Container Co., | : | |
| | : | Case No. 20-14139 (PMM) |
| Debtor. | : | |

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE STATEMENTS AND SCHEDULES

Upon consideration of the *Motion to Extend Time to File Statements and Schedules* (the "Motion") filed by Lynn E. Feldman (the "Trustee"), chapter 7 Trustee in the above-captioned chapter 7 case, it is hereby:

1. **ORDERED** that the Motion is granted; and it is further

2. **ORDERED** that the Trustee shall have an additional extension of time to file the Statements and Schedules and can file all required Statements and Schedules on or before July 22, 2022.

Dated: **April 19**, 2022

_____
The Honorable Patricia M. Mayer
United States Bankruptcy Judge

CC:

Lynn E. Feldman, Esq.
Feldman Law Office PC
2310 Walbert Avenue
Suite 103
Allentown, PA 18104

Lawrence J. Kotler, Esq.
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

DM3\8523082.2