**Fill in this information to identify the case:**

Debtor name        **Fitzpatrick Container Company**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    20-14139-pmm

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 Priority creditor's name and mailing address **Internal Revenue Service 600 Arch Street Philadelphia, PA 19106-1611** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |
| 2.2 Priority creditor's name and mailing address **Pennsylvania Dept. of Revenue Bankruptcy Division Dept. 280946 Harrisburg, PA 17128** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (*if known*) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,398.75**

ACS

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268.00**

ADT Security Services
1 Town Center Road
Boca Raton, FL 33486

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$653.68**

AFLAC
1932 Wynnton Road
Columbus, GA 31999

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00**

Air Center, Inc.
252 Brodhead Road
Suite 300
Bethlehem, PA 18017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.18**

Airgas USA LLC
1701 E. Race Street
Allentown, PA 18109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,780.53**

Albarell Electric Inc.
901 W. Lehigh Street
Bethlehem, PA 18018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,621.61**

American Express
200 Vessey Street
New York, NY 10285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (if known) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Amtech<br><br>1 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,576.96 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address<br>Ancero, LLC<br>5000 Dearborn Circle<br>Suite 300<br>Mount Laurel, NJ 08054 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $208.52 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address<br>Apple Lane Technical Services, LLC<br>213 Middle Creek Road<br>Gilbertsville, PA 19525 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,092.66 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address<br>Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,647.51 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.12 | Nonpriority creditor's name and mailing address<br>BDL Supply<br>6400 Bristol Pike<br>Levittown, PA 19057 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,431.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address<br>Bearings & Drives Unlimited<br>200 CAn Do Expy<br>Hazleton, PA 18202 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,540.33 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address<br>Billitier Electric, Inc.<br>760 Brooks Avenue<br>Rochester, NY 14619 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,346.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | | Case number (if known) | **20-14139-pmm** |
|---|---|---|---|---|
| | Name | | | |

---

**3.15** | Nonpriority creditor's name and mailing address

**Blaze Truck & Trailer Repair**
**859 Trexlertown Road**
**Allentown, PA 18106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,930.91**

---

**3.16** | Nonpriority creditor's name and mailing address

**Bobst Group Inc.**
**146 Harrison Avenue**
**Roseland, NJ 07068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,479.72**

---

**3.17** | Nonpriority creditor's name and mailing address

**Brekenridge Paper & Packaging**
**2425 W. Monroe Street**
**Sandusky, OH 44870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$8,418.24**

---

**3.18** | Nonpriority creditor's name and mailing address

**Bucks cun Oil, LLC**
**2632 Wassergass Road**
**Hellertown, PA 18055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$13,530.55**

---

**3.19** | Nonpriority creditor's name and mailing address

**C.H. Robinson Worldwide, Inc.**
**161 Wahington Street**
**Suite 530**
**Conshohocken, PA 19428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,185.62**

---

**3.20** | Nonpriority creditor's name and mailing address

**Capital Blue Cross**
**2845 Center Valley Parkway, #404**
**Center Valley, PA 18034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,078.75**

---

**3.21** | Nonpriority creditor's name and mailing address

**Carl Siegfried**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,120.25**

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | | Case number (if known) | 20-14139-pmm |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,768.42** |
| | **Centrix HR**<br>**213 W. 4th Street**<br>**Wilmington, DE 19801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$937.00** |
| | **ChemStation**<br>**415 Boot Road**<br>**Suite B**<br>**Downingtown, PA 19335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,726.78** |
| | **Cintas Corporation #061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,751.87** |
| | **Clyde S. Walton, Inc.**<br>**400 South Broad Street**<br>**Lansdale, PA 19446** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,600.56** |
| | **Constellation NewEnergy, Inc.**<br>**1310 Point Street, FL 8**<br>**Baltimore, MD 21231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,550.00** |
| | **Corrugated Machine Services**<br>**4011 Foley glen Cir**<br>**Fenton, MI 48430** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,343.60** |
| | **County of Lehigh** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | | Case number (if known) | 20-14139-pmm |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$248,755.15** |
| | **Custom Packaging, Inc.** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$89.25** |
| | **Davis Business Machines, Inc.** | ☐ Contingent | | |
| | **924 Marcon Blvd., Suite 104** | ☐ Unliquidated | | |
| | **Allentown, PA 18109** | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$4,620.34** |
| | **DEKRA Certification, Inc.** | ☐ Contingent | | |
| | **1120 Welsh Road** | ☐ Unliquidated | | |
| | **North Wales, PA 19454** | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$1,397.45** |
| | **Dicar Incorporated** | ☐ Contingent | | |
| | **5 Bader Road** | ☐ Unliquidated | | |
| | **Pine Brook, NJ 07058** | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$5,559.81** |
| | **Direct Energy Business** | ☐ Contingent | | |
| | **1001 Liberty Avenue, Suite 1200** | ☐ Unliquidated | | |
| | **Pittsburgh, PA 15222** | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$3,232.00** |
| | **Ditech Group** | ☐ Contingent | | |
| | **3721 Goodell Road** | ☐ Unliquidated | | |
| | **Richmond, VA 23223** | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$10,991.83** |
| | **EAM-Mosca Corp.** | ☐ Contingent | | |
| | **675 Jaycee Drive** | ☐ Unliquidated | | |
| | **Hazleton, PA 18202** | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | | |

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (*if known*) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,227.04** |
|---|---|---|---|
| | **Eastern Lift Trucks Co., Inc.** | ☐ Contingent | |
| | **Rt 73 and 549 E. Linwood Avenue** | ☐ Unliquidated | |
| | **Maple Shade, NJ 08052** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$358.28** |
|---|---|---|---|
| | **Ehrlich** | ☐ Contingent | |
| | **100 Willowbrook Lane** | ☐ Unliquidated | |
| | **Suite 106** | ☐ Disputed | |
| | **West Chester, PA 19382** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,849.00** |
|---|---|---|---|
| | **Eileen Shallow** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,680.00** |
|---|---|---|---|
| | **EMBA Machinery, Inc.** | ☐ Contingent | |
| | **29355 Ranney Parkway** | ☐ Unliquidated | |
| | **Westlake, OH 44145** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,784.05** |
|---|---|---|---|
| | **Estate Maintenance, Inc.** | ☐ Contingent | |
| | **7457 Industrial Park Way** | ☐ Unliquidated | |
| | **Macungie, PA 18062** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49.95** |
|---|---|---|---|
| | **Federal Express Corporation** | ☐ Contingent | |
| | **942 South Shady Grove Road** | ☐ Unliquidated | |
| | **Memphis, TN 38120** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,797.58** |
|---|---|---|---|
| | **First Bank** | ☐ Contingent | |
| | **10403 West Colfax Avenue** | ☐ Unliquidated | |
| | **Denver, CO 80215** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (if known) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,958.02** |
|---|---|---|---|

**Fitzpatrick Container LLC**
**6923 Schantz Road**
**Allentown, PA 18106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,702.28** |
|---|---|---|---|

**Fitzpatrick Container, LLC**
**6923 Schantz Road**
**Allentown, PA 18106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,704.75** |
|---|---|---|---|

**Fitzpatrick LLC-1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$484.28** |
|---|---|---|---|

**Frank Callahan Co., Inc.**
**509 Bethlehem Pike**
**Route 309**
**Colmar, PA 18915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$753.17** |
|---|---|---|---|

**Frantz Manufacturing Company**
**3201 W Le Fevre Road**
**Sterling, IL 61081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,529.14** |
|---|---|---|---|

**Fromm Electric Supply Corp.**
**356 E. High Street**
**Pottstown, PA 19464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,624.80** |
|---|---|---|---|

**Futura Services, Inc.**
**515 Pennsylvania Avenue**
**Fort Washington, PA 19034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (if known) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,264,555.58** |
|---|---|---|---|

**Georgia-Pacific Corrugated LLC**
**133 Peachtree Street**
**NE Lbby 1**
**Atlanta, GA 30303-1812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Gillespie Electric, Inc.**
**1657 State Street**
**East Greenville, PA 18041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** (1,764.93)

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90.93** |
|---|---|---|---|

**Grainger, Inc.**
**100 Grainger Parkway**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,565.00** |
|---|---|---|---|

**Hano & Ginsberg LLP**
**2655 Philmont Avenue**
**Suite 100**
**Huntingdon Valley, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29.00** |
|---|---|---|---|

**Healthworks Billing Office**
**400 Technology Drive**
**Suite 240**
**Canonsburg, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,521.92** |
|---|---|---|---|

**Hhs America Corp.**
**1200 S. Main Street**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$515.28** |
|---|---|---|---|

**Highmark Blue Shield**
**P.O. Box 890173**
**Camp Hill, PA 17089-0173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | | Case number (if known) | 20-14139-pmm |
|---|---|---|---|---|
| | Name | | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $83.21 |
|---|---|---|---|
| | **Home Depot CRC**<br>**P.O. Box 9001010**<br>**Louisville, KY 40290-1010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,046.51 |
|---|---|---|---|
| | **Hycorr Machine Corporation**<br>**3654 Midlink Drive**<br>**Kalamazoo, MI 49048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,273.60 |
|---|---|---|---|
| | **IFS Industries, Inc.**<br>**400 Orton Avenue**<br>**Reading, PA 19611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,927.42 |
|---|---|---|---|
| | **J. M. Fry Co., Inc.**<br>**370 Great Southwest Pkwy SW**<br>**Atlanta, GA 30336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,133.32 |
|---|---|---|---|
| | **John B. Lynch, Jr.** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,072.00 |
|---|---|---|---|
| | **Johnson Controls Security Solutions**<br>**1501 Yamato Road**<br>**Boca Raton, FL 33431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $197,712.72 |
|---|---|---|---|
| | **Kampack, Inc.**<br>**100 Main Street**<br>**Bristol, PA 19007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (if known) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,662.84**

**Kistler O'Brien Protection**
**2210 City Line Road**
**Bethlehem, PA 18017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,353.61**

**L.M. Robbins**
**5757 Oakwood Lane**
**Slatington, PA 18080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325.56**

**Lehigh County Authority**
**1718 Spring Creek Road**
**Macungie, PA 18062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00**

**Lloyd's Register Quality Assurance**
**1 Trinity Park Bickenhill Lane**
**Birmingham England B37 7ES**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,405.02**

**M&G Packaging Corp.**
**99 Seaview Blvd., 1D**
**Port Washington, NY 11050-4632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00**

**Manufacturer's Resource Center**
**7200A Windsor Drive**
**Allentown, PA 18106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,245.22**

**Marc E. Leh**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (*if known*) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address
**McMaster-Carr Supply Company**
**200 New Canton Way**
**Trenton, NJ 08691-2343**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$507.27**

---

**3.72** | Nonpriority creditor's name and mailing address
**MetLife**
**200 Park Avenue**
**New York, NY 10166**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$329.93**

---

**3.73** | Nonpriority creditor's name and mailing address
**Michigan Packaging**
**700 Eden Road**
**Mason, MI 48854**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$14,166.09**

---

**3.74** | Nonpriority creditor's name and mailing address
**Monarch Door Company**
**808 Doylestown Pike**
**Quakertown, PA 18951**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,730.00**

---

**3.75** | Nonpriority creditor's name and mailing address
**Motion Industries**
**1605 Alton Road**
**Birmingham, AL 35210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,292.52**

---

**3.76** | Nonpriority creditor's name and mailing address
**MSC Industrial Supply Co.**
**100 MSC Drive**
**Jonestown, PA 17038**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,055.94**

---

**3.77** | Nonpriority creditor's name and mailing address
**Multicell  North, Inc.**
**240 Broad Street**
**Kutztown, PA 19530**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,172.30**

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (if known) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,833.00**

**National Roll Kote**
**55 Harbor Drive**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,195.00**

**NFI Industries LLC**
**2 Cooper Street**
**Camden, NJ 08102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**Nicholas G. Hano**
**2655 Philmont Avenue**
**Suite 100**
**Huntingdon Valley, PA 19006-5314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,702.50**

**Noll Pallet and Lumber Co.**
**58 Orchard Lane**
**Leesport, PA 19533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$507.48**

**Open Text Inc.**

**Teaneck, NJ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,955.25**

**PA Industrial Equipment**
**215 S. Washington Street**
**Boyertown, PA 19512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,178.32**

**Pallet Express Inc.**
**2906 William Penn Hwy**
**Easton, PA 18045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (if known) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,505.49** |
|---|---|---|---|

**Patrick Stark**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,335.58** |
|---|---|---|---|

**Penske Truck Leasing Co., L.F.**
**2675 Morgantown Road**
**Reading, PA 19607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,134.10** |
|---|---|---|---|

**Pitt Ohio Express LLC**
**15 27th Street**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,949.90** |
|---|---|---|---|

**PPL Electric Utilities**
**827 Hausman Road**
**Allentown, PA 18104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$475.03** |
|---|---|---|---|

**Praxair**
**2929 E. Township Line Road**
**Souderton, PA 18964**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Provident Packaging Corp.**
**8701 Torresdale Avenue**
**Philadelphia, PA 19136**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>($25,776.65)</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,613.23** |
|---|---|---|---|

**Purchase Power**
**2727**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (if known) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address

**Radwell International Inc.**
**1 Mellennium Drive**
**Willingboro, NJ 08046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,843.55**

---

**3.93** | Nonpriority creditor's name and mailing address

**RCN**
**650 College Road E, #3100**
**Princeton, NJ 08540**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$575.00**

---

**3.94** | Nonpriority creditor's name and mailing address

**Red Line Truck and Trailer Sales**
**347 Main Street**
**Scranton, PA 18519**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,810.00**

---

**3.95** | Nonpriority creditor's name and mailing address

**Republic Services #282**
**18500 N. Allied Way**
**Phoenix, AZ 85054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$910.15**

---

**3.96** | Nonpriority creditor's name and mailing address

**Richmond Corrugated Box Company**
**5301 Corrugated Road**
**Sandston, VA 23150**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$29,214.66**

---

**3.97** | Nonpriority creditor's name and mailing address

**Rock Tenn CP, LLC**
**4523 Braggs  Road**
**Greenville, AL 36037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,013.65**

---

**3.98** | Nonpriority creditor's name and mailing address

**Rogers Rentals**
**1635 State Street**
**East Greenville, PA 18041**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$18,973.21**

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (if known) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rumsey**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **($1040.90)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,090.88 |
|---|---|---|---|

**Ryder Transportation Services**
**11690 NW 105th Street**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,239.78 |
|---|---|---|---|

**Saucon Valley Country Club**
**2050 Saucon Valley Road**
**Bethlehem, PA 18015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $420.72 |
|---|---|---|---|

**Service Tire Truck Centers**
**2255 Avenue A**
**Bethlehem, PA 18017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $491,500.00 |
|---|---|---|---|

**Shallcross Investments, LLC**
**2655 Philmont Avenue**
**Huntingdon Valley, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53,400.00 |
|---|---|---|---|

**SIG Investments**
**2655 Philmont Avenue**
**Suite 206**
**Huntingdon Valley, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,284,571.80 |
|---|---|---|---|

**Southern Container Corp.**
**500 Richardson Drive**
**Lancaster, PA 17603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

Debtor    **Fitzpatrick Container Company**                                Case number (if known)   20-14139-pmm
_____                          _____
Name

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,127.34 |
|---|---|---|---|

**Stafford Corrugated Products**
**1041 Van Buren Avenue**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**Stanford S. Hunn Associates**
**171 Corpoorate Drive**
**Montgomeryville, PA 18936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.61 |
|---|---|---|---|

**State of New Jersey - CBT**
**50 Barrack Street**
**Trenton, NJ 08608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,918.22 |
|---|---|---|---|

**Suburban Leasing Company**
**2655 Philmont Avenue**
**Huntingdon Valley, PA 19006-5314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,985.21 |
|---|---|---|---|

**Sun Chemical Corporation**
**35 Waterview Boulevard**
**Parsippany, NJ 07054-1285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,794.44 |
|---|---|---|---|

**Sun Source 1 LLC**
**111 Woodcrest Road**
**Cherry Hill, NJ 08003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.93 |
|---|---|---|---|

**Tennant Sales and Service Co.**
**104 Clean Street**
**Eden Prairie, MN 55344-2650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | | Case number (if known) | **20-14139-pmm** |
|---|---|---|---|---|
| | Name | | | |

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,000.00** |
|---|---|---|---|

**Thacker Marketing and Sales**
**3600 Highway 199 West**
**Springtown, TX 76082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,637.91** |
|---|---|---|---|

**TQM Logistics Solutions, Inc.**
**200 Gibraltar Road**
**Suite 110**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$423.30** |
|---|---|---|---|

**U-Line**
**700 Uline Way**
**Allentown, PA 18106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**U.S. Dept. of Labor (c/o James George)**
**1835 Market Street, 21st Floor**
**Mailstop EBSA/21**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,978.24** |
|---|---|---|---|

**UGI Energy Services, Inc.**
**460 N. Gulph Road**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,172.60** |
|---|---|---|---|

**Unity Graphics & Engraving**
**210 S. Van Brunt Street**
**Englewood, NJ 07631-4012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$91,363.03** |
|---|---|---|---|

**Upper Macungie Tax Collector**
**8330 Schantz Road**
**Breinigsville, PA 18031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (if known) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**UPS**
**55 Glenlake Parkway**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,541.00** |
|---|---|---|---|

**V T Graphics**
**465 Penn Street**
**Lansdowne, PA 19050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,192.56** |
|---|---|---|---|

**Valco**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,428.48** |
|---|---|---|---|

**Valley Forge Container**
**5 Iron Bridge Drive**
**Collegeville, PA 19426**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$930.00** |
|---|---|---|---|

**Valley Hydraulics and Air, Inc.**
**6313 Winside Drive**
**Bethlehem, PA 18017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$809.89** |
|---|---|---|---|

**Verizon**
**P.O. Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Verizon Cabs**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **($174.98)**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

| Debtor | **Fitzpatrick Container Company** | Case number (if known) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $905.87 |
|---|---|---|---|

**Pitney Bowes Global Financial Services LLC**
**27 Waterview Drive**
**Shelton, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,311.90 |
|---|---|---|---|

**Pitney Bowes Global Financial Services LLC**
**27 Waterview Drive**
**Shelton, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,253.75 |
|---|---|---|---|

**WBA Automation Division**

**Date(s) debt was incurred**

**Last 4 digits of account number**

_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,460,407.29 |
|---|---|---|---|

**WestRock Company and affiliates**
**3950 Shackleford Road**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,190.82 |
|---|---|---|---|

**WestRock Southern Container, LLC**
**3950 Shackleford Road**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,424.13 |
|---|---|---|---|

**Verizon Wireless**
**P.O. Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,741.00 |
|---|---|---|---|

**Wily Machine, LLC**
**300 Moselem Church Road**
**Kutztown, PA 19530** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  ($174.98)

Is the claim subject to offset? ■ No  ☐ Yes

---

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Nonpriority creditor's name and mailing address

| Debtor | **Fitzpatrick Container Company** | Case number (if known) | 20-14139-pmm |
|---|---|---|---|
| | Name | | |

---

| 3.134 | | As of the petition filing date, the claim is: *Check all that apply.* | **10,515.00** |
|---|---|---|---|

**Worth & Company, Inc.**
**6263 Kellers Church Road**
**Pipersville, PA 18947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **384.68** |
|---|---|---|---|

**Zee Medical Service**
**2745 Leisczs Bridge Road**
**Reading, PA 19605** —

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **29,500.00** |
|---|---|---|---|

**Thomas J. Shallow, Jr.**
**9015 Forest Hill-Irene Cove**
**Germantown, TN 38139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ **6,170,382.44** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ **6,170,382.44** |

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**