**Fill in this information to identify the case:**

Debtor name: Fitzpatrick Container Company

United States Bankruptcy Court for the: Eastern District of PA
(State)

Case number (If known): 20-14139-pmm

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** — **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

Official Form 206H    **Schedule H: Codebtors**    page 1 of 1

Debtor _____   Case number (*if known*)_____
      Name

| **Additional Page if Debtor Has More Codebtors** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ _____ | _____ Street <br> _____ <br> _____ City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Note: Debtor ceased operations in 2020, its records were incomplete, and most recent available information was a 12/31/19 Trial Balance. See Statement of Limitations.**

Official Form 206H                                 **Schedule H: Codebtors**                                 page ___ of ___